DANIEL W. TALLMADGE et al., Appellants, *v.* PHINEAS C. LOUNSBURY, as Treasurer of the Republican League of the United States, Respondent.

Reported below, 2 Misc. Rep. 572.
(Argued January 21, 1896; decided February 18, 1896.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made January 3, 1893, which affirmed a judgment in favor of defendant entered upon the report of a referee.

*Alex. S. Bacon* for appellants.

*Joseph G. Gay* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except BARTLETT, J., not sitting.

---

THE ELECTRIC POWER COMPANY, Respondent, *v.* THE METROPOLITAN TELEPHONE AND TELEGRAPH COMPANY, Appellant.

Reported below, 75 Hun, 68.
(Argued January 21, 1896; decided February 18, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 12, 1894, which affirmed a judgment in favor of plaintiff entered upon the report of a referee, and also affirmed an order denying a motion for a new trial.

*Burton N. Harrison* for appellant.

*Roger Foster* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.